### BARTLETT *v.* HARTRIDGE.

RUSSELL, C. J. This case is controlled by the ruling of this court in ·*Avant* v. *Hartridge,* ante.
*Transferred to Court of Appeals. All the Justices concur.*
No. 8462. FEBRUARY 9, 1932.

*Henry F. Rutland* and *James L. Wimberly,* for plaintiff in error.
*McClellan & Jacobs,* contra.